IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR05-3008 |
| ) | JUDGMENT OF ACQUITTAL |
| RONNIE HARRINGTON, ) | |
| ) | |
| Defendant. ) | |

This action came to trial before the Honorable Charles R. Wolle and the issues having been duly tried, the jury having rendered its verdict of not guilty to the charges in the indictment, it is therefore

**ORDERED AND ADJUDGED**

Defendant, Ronnie Harrington, is acquitted as to Count 1 of the Indictment.

Dated this 6th day of June, 2005

_____
CHARLES R. WOLLE, SENIOR JUDGE
UNITED STATES DISTRICT COURT